FID 11667707

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
John Barry Chisholm

)
)
) Case: 1:24-mj-00147
) Assigned to: Judge Upadhyaya, Moxila A.
) Assign Date: 4/29/2024
) Description: COMPLAINT W/ ARREST WARRANT
)
)

*Defendant*

RECEIVED 2024 APR 29 PM 2:51 UNITED STATES MARSHAL GREENVILLE, SC

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    John Barry Chisholm                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment         ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) Knowingly Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) Disorderly or Disruptive Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in the Capitol Buildings.

Date: __04/29/2024__

*Issuing officer's signature*

City and state:    Washington, D.C.        Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/29/24 , and the person was arrested on *(date)* 4/29/24
at *(city and state)* Greenville, SC

Date: 4/29/24

*Arresting officer's signature*

R. Gebing - TFO
*Printed name and title*